UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THOMAS BERT WISHART,

        Plaintiff,                                        Civil Action No. 15-CV-11174

vs.                                                         HON. MARK A. GOLDSMITH

CSI SUPPORT & DEVELOPMENT
SERVICES & SUBSIDIARIES, et al.
,

        Defendants.
_____/

**ORDER (1) ACCEPTING AND ADOPTING THE REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE DATED SEPTEMBER 29, 2015 (Dkt. 23), (2) GRANTING DEFENDANTS' MOTIONS TO DISMISS (Dkts. 15, 18), AND (3) DISMISSING PLAINTIFF'S COMPLAINT**

This matter is presently before the Court on the Report and Recommendation ("R&R") of Magistrate Judge Elizabeth Stafford, issued on September 29, 2015. In the R&R (Dkt. 23), the Magistrate Judge recommends that Defendants' motions to dismiss (Dkts. 15, 18) be granted. On October 16, 2015, within the deadline for filing objections to the Magistrate Judge's R&R, Plaintiff filed a letter with the Court. See 10/16/2015 Letter (Dkt. 25). In his letter, Plaintiff states: "No objections, just a suggestion respectfully." Id. at 1 (cm/ecf page). Plaintiff further indicates that he has enclosed certain documents, calling attention to specific items, for the Magistrate Judge's attention. Id. Plaintiff closes by stating that he "would truly appreciate having Defendants [sic] Motions and my Petition Dismissed Without Prejudice." Id.

Plaintiff, by his own terms, does not appear to be objecting to the Magistrate Judge's R&R, and the Court does not interpret his letter to be an objection. However, to the extent Plaintiff could claim to be objecting to the conclusion reached by the Magistrate Judge, his objections must fail for lack of specificity: "The filing of vague, general, or conclusory

1

objections does not meet the requirement of specific objections and is tantamount to a complete failure to object." Fields v. Lapeer 71-A Dist. Court Clerk, 2 F. App'x 481, 483 (6th Cir. 2001).

In any event, the Court has reviewed the R&R and concludes that the Magistrate Judge has reached the proper conclusion for the proper reasons.  Therefore, the R&R is accepted and adopted as the findings and conclusions of the Court.  Defendants' motions to dismiss are granted, and Plaintiff's complaint is dismissed with prejudice.

SO ORDERED.


Dated: October 30, 2015
  Detroit, Michigan
       s/ Mark A. Goldsmith
       MARK A. GOLDSMITH
       UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on October 30, 2015.

       s/Karri Sandusky
       Case Manager